No. 22-8022

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

WESTERN WATERSHEDS PROJECT, et al.,

*Petitioners-Appellants,*

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, et al.,

*Respondents-Appellees*,

and

JONAH ENERGY, LLC and STATE OF WYOMING,

*Respondents-Intervenors-Appellees*

On Appeal from the United States District Court for the District of Wyoming,
The Honorable Scott W. Skavdahl, Civil Action No. 2:19-cv-146-SWS

## RESPONDENT-INTERVENOR-APPELLEE JONAH ENERGY, LLC'S OPPOSITION TO APPELLANTS' THIRD MOTION TO EXTEND TIME TO FILE REPLY BRIEF

Kathleen C. Schroder
Gail L. Wurtzler
DAVIS GRAHAM & STUBBS LLP
1550 Seventeenth Street, Suite 500
Denver, CO 80202
Telephone: (303) 892-9400
katie.schroder@dgslaw.com
gail.wurtzler@dgslaw.com
*Attorneys for Jonah Energy, LLC*

Jonah Energy LLC ("Jonah Energy") hereby submits this Opposition to Appellants' Third Motion to Extend Time to File Reply ("Motion") dated March 7, 2023. Jonah Energy opposes the Motion given Appellants' delay in pursuing this appeal to date.

Although Appellants filed their Notice of Appeal of the district court's decision on May 10, 2022, Appellants deferred the deadline to file their opening brief by several months by participating in the mediation process. Appellants' opening brief was finally filed on October 28, 2022.

Under this Court's local rules, Appellants' Reply would have been due on February 14, 2023. In November 2022, Jonah Energy reluctantly agreed to accommodate Appellants' initial request to extend the due date for their Reply to March 10, 2023 to permit Appellants to tend to deadlines in other cases. On January 31, 2023, counsel for Jonah Energy advised Appellants that it would take no position on yet another extension until March 17, 2023. At that time, counsel for Jonah Energy advised Appellants' counsel that Jonah Energy would not agree to additional extensions.

Jonah Energy cannot agree to Appellants' continued delay in their pursuit of this appeal. Because this appeal creates business and regulatory uncertainty for Jonah Energy, it is unfair to Jonah Energy to allow Appellants to pursue this appeal only when convenient for them. Although Jonah Energy is sympathetic to the

1

health of Ms. Park, Appellants have received several generous extensions to date. Furthermore, multiple attorneys have entered appearances in this appeal on Appellants' behalf and they presumably can complete Appellants' Reply. Jonah Energy respectfully requests that the Court deny Appellants' Motion.

Dated this 13th day of March, 2023.

DAVIS GRAHAM & STUBBS LLP

*/s/ Kathleen C. Schroder*
Kathleen C. Schroder
Gail L. Wurtzler
1550 17th Street, Suite 500
Denver, Colorado 80202
Tel: 303.892.9400
Katie.Schroder@dgslaw.com
Gail.Wurtzler@dgslaw.com

*Counsel for Intervenor Respondent-Appellee Jonah Energy LLC*

2

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B)(i) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and 10th Cir. R. 32(B), this document contains 265 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Microsoft 365 Apps for enterprise, Word version 2212 Build 15928.20216, in 14-point Times New Roman font.

Date: March 13, 2023

DAVIS GRAHAM & STUBBS LLP

*/s/ Kathleen C. Schroder*
Kathleen C. Schroder
Gail L. Wurtzler
1550 17th Street, Suite 500
Denver, Colorado  80202
Tel: 303.892.9400
Katie.Schroder@dgslaw.com
Gail.Wurtzler@dgslaw.com

*Counsel for Intervenor Respondent-Appellee Jonah Energy LLC*

# CERTIFICATE OF SERVICE

      I hereby certify that on March 13, 2023 I electronically filed the foregoing RESPONDENT-INTERVENOR-APPELLEE JONAH ENERGY, LLC'S OPPOSITION TO APPELLANTS' THIRD MOTION TO EXTEND TIME TO FILE REPLY BRIEF using the court's CM/ECF system which will send notification of such filing to the following:

Sommer H. Engels, Esq.
Respondent - Appellee
United States Department of Justice & Natural Resources
Division Ben Franklin Station
P.O. Box 7415
Washington, DC 20044
Sommer.Engels@usdoj.gov
*Counsel for Respondents - Appellees*

Thomas W. Ports, Jr.
Respondent - Appellee
U.S. Department of Justice
Environment & Natural Resources Div.
P.O. Box 7611
Washington, D.C. 20044-7611
202/514-2748
thomas.ports.jr@usdoj.gov
*Counsel for Respondents - Appellees*

Wendy Park
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
wpark@biologicaldiversity.org
*Counsel for Petitioners-Appellants*

Travis S. Jordan, Esq.
Respondent-Appellee
Office of the Attorney General for the State of Wyoming
2320 Capitol Avenue
Cheyenne, WY 82001
travis.jordan@wyo.gov
*Counsel for State of Wyoming, Intervenor Respondent-Appellee*

Jeremy A. Gross
Respondent - Appellee
United States Attorney's Office Civil Division
2120 Capitol Avenue, Room 4000
Cheyenne, WY 82001
jeremy.gross@usdoj.gov
*Counsel for Respondents-Appellees*

David Dewald
Office of the Attorney General for the State of Wyoming
Natural Resources Division
109 State Capitol
Cheyenne, WY 82002
307-777-6199
david.dewald@wyo.gov
*Counsel for State of Wyoming, Intervenor Respondent-Appellee*

Appellate Case: 22-8022     Document: 010110825806     Date Filed: 03/13/2023     Page: 6

| | |
|---|---|
| Sarah Stellberg | Edward B. Zukoski |
| Advocates for the West | Center for Biological Diversity |
| P.O. Box 1612 | 1536 Wynkoop Street, Suite 421 |
| Boise, ID 83701-0000 | Denver, CO 80202 |
| sstellberg@advocateswest.org | tzukoski@biologicaldiversity.org |
| *Counsel for Petitioners-Appellants* | *Counsel for Petitioners-Appellants* |

/s/ *Kathleen C. Schroder*
Kathleen C. Schroder